UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NATIONAL SATELLITE SPORTS, INC.,

                Plaintiff,

-against-

J. A. ROCKS, INC., d/b/a
Rapture Cocktail Lounge & Café
and AUDREY MURDOCK, Individually
and as an officer, director,
and/or shareholder of J. A. Rocks, Inc.,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
01-CV- 5710 (ERK)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 28 2006 ★

**BROOKLYN OFFICE**

An Order of Honorable Edward R. Korman, United States District Judge, having been filed on June 22, 2006, adopting the Report and Recommendation of Magistrate Judge Marilyn D. Go, dated May 11, 2006; and directing the Clerk of Court to enter judgment awarding plaintiff $6,000.00 in statutory damages plus $1,175.00 in attorney's fees, for a total award of $7,175.00 against defendant J.A. Rocks, Inc.; it is

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Marilyn D. Go is adopted; and that judgment is hereby entered in favor of plaintiff, National Satellite Sports, Inc., and against defendant, J.A. Rocks, Inc., d/b/a Rapture Cocktail Lounge & Café, awarding plaintiff $6,000.00 in statutory damages plus $1,175.00 in attorney's fees, for a total award of $7,175.00.

Dated: Brooklyn, New York
       June 23, 2006

                                                    s/Robert C. Heinemann
                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court